**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

**DAWN ADAMS,**

    **Plaintiff,**

    **v.**                                    **CIVIL NO. 2:17cv527**

**APPLIED BUSINESS SECURITY, INC.
d/b/a SECURITY COLLECTION
AGENCY,**

    **Defendant.[1]**

<u>**ORDER**</u>

On September 6, 2018, plaintiff's counsel appeared before the Court for a final pretrial conference. The defendant, Applied Business Security, Inc., d/b/a Security Collection Agency ("SCA"), has yet to appear or otherwise defend this action and was not present at the conference. The plaintiff, Dawn Adams ("Plaintiff"), previously filed a Motion for Default Judgment against SCA as to liability only and requested a hearing to determine SCA's damages. ECF No. 11. For the reasons stated in the Court's February 21, 2018 Opinion and Order, such motion was held in abeyance and is now pending. ECF No. 14. Plaintiff requests that the two-day jury trial previously set in this case for September 18, 2018, be a jury trial on damages owed by SCA, assuming the Court grants Plaintiff's pending motion for default judgment. For the reasons stated on the record at the final pretrial conference, the Court hereby **ORDERS** as follows:

    1.    The jury trial in this case, which is currently set for September 18, 2018, is hereby **CONTINUED**. All other pretrial deadlines set forth in the Rule 16(b) Scheduling Order, ECF No. 15, are accordingly **STAYED**.

---

[1] Plaintiff's complaint also names Equifax Information Services, LLC ("Equifax") as a defendant in the action. ECF No. 1. However, the plaintiff and Equifax have since settled, and on September 5, 2018, such parties filed a joint Stipulation of Dismissal with respect to all claims against Equifax. ECF No. 30. Equifax was therefore terminated as a party on September 6, 2018.

2.      The Clerk is **DIRECTED** to set a status conference in this case for Tuesday, September, 18, 2018, at 10:00 a.m.

3.      Plaintiff is **DIRECTED**, prior to such status conference, to make reasonable efforts to contact SCA and its registered agents for purposes of notifying SCA of the instant lawsuit and exploring alternative means of resolving Plaintiff's claims against SCA.

4.      Plaintiff is further **DIRECTED** to file at or before <u>12:00 NOON on Monday, September 17, 2018</u>, a memorandum with the Court which addresses the following:

      a.      The steps taken by Plaintiff since the date of this Order to contact SCA and to explore alternative dispute resolution with SCA;

      b.      Legal and factual support for Plaintiff's position that SCA was properly served in this action and that this Court can exercise personal jurisdiction over SCA;

      c.      Plaintiff's position with respect to the type and amount of damages for which SCA can be held individually liable in this action given that Plaintiff has previously settled its claims against Equifax in the same action, which claims arose from a similar set of transactions and occurrences and similar harms as those alleged with respect to SCA; and

      d.      Whether Plaintiff is entitled to a jury trial on damages in the event the Court enters default judgment against SCA as to liability.

The Clerk is **DIRECTED** to forward a copy of this Order to counsel for Plaintiff and to defendant Security Collection Agency at the following addresses: (1) P.O. Box 1110, Edenton, NC 27932, and (2) 617 Soundside Road, Edenton, NC 27932.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

Norfolk, VA
September ___, 2018

2